### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BHARAT HEGDE,<br><br>               Plaintiff,<br><br>vs.<br><br>COUPA SOFTWARE INCORPORATED, ROB BERNSHTEYN, MICHELLE BRENNAN, KANIKA SONI, ROGER SIBONI, TAYLOE STANSBURY, SCOTT THOMPSON, and FRANK VAN VEENENDAAL,<br><br>               Defendants. | Case No.: 3:23-cv-00181-JD<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) |

Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Bharat Hegde ("Plaintiff") voluntarily dismisses this action without prejudice. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: February 24, 2023

**BRODSKY & SMITH**

By:  */s/ Evan J. Smith*
      Evan J. Smith
      9595 Wilshire Blvd., Ste. 900
      Beverly Hills, CA 90212
      Phone: (877) 534-2590
      Facsimile (310) 247-0160

*Attorneys for Plaintiff*